AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida 🔽

|  |  |  |
|---|---|---|
| DIONISIO CISNEROS | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. **26-cv-10006-DPG** |
| v. | ) ) | |
| MMLSSOLUTIONS LLC, and WINN-DIXIE STORES, LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MMLSSOLUTIONS LLC
ABRAMOV, DMYTRO, Registered Agent
1688 Meridian ave
700
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert S. Norell, Esq.
Robert S. Norell, P.A.
300 NW 70th Avenue Suite 305
Plantation, FL 33317

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     Jan 22, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

|  |  |  |
|---|---|---|
| DIONISIO CISNEROS | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   26-cv-10006-DPG |
| v. | ) ) | |
| MMLSSOLUTIONS LLC, and WINN-DIXIE STORES, LLC | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WINN-DIXIE STORES, LLC
CORPORATION SERVICE COMPANY, Registered Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert S. Norell, Esq.
Robert S. Norell, P.A.
300 NW 70th Avenue Suite 305
Plantation, FL 33317

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jan 22, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts